ENTERED ON DOCKET
4/3/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALBERTA DE LA PAZ MATOS | * |
| Plaintiff | * |
| v. | * Civ. No. 98-2285 (PG) |
| TOYOTA MOTOR CORPORATION | * |
| Defendant | * |

## JUDGMENT

Having found that Plaintiff failed to serve Defendant with the complaint despite the Court's allowance of an extra 120-day period, and having determined that such delay amounted to a dismissal for want of prosecution, it is hereby

**ORDERED and ADJUDGED** that the instant action is **DISMISSED with prejudice.**

San Juan, Puerto Rico, March 31, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)